1   Denise Bourgeois Haley
    Attorney at Law: 143709
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-5491
    E-mail: rohlfing_office@speakeasy.net
5
    Attorneys for Plaintiff
6   Juan Tovar DeLeon

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                            **FRESNO DIVISION**
10

11
    JUAN TOVAR DELEON,              )  Case No.: 1:10-cv-116 SKO
12                                  )
              Plaintiff,            )  STIPULATION FOR DISMISSAL
13                                  )
         vs.                        )
14                                  )
    MICHAEL J. ASTRUE,              )
15  Commissioner of Social Security,)
                                    )
16            Defendant.            )
                                    )
17  _____)

18
         TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE
19
    OF THE DISTRICT COURT:
20
         IT IS HEREBY STIPULATED by and between Juan Tovar DeLeon
21
    ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security
22

23
    ///
24

25
    ///
26

                                  -1-

1

2    ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

3    own fees, costs, and expenses.

4    DATE: August 20, 2010          Respectfully submitted,

5                                   LAW OFFICES OF LAWRENCE D. ROHLFING

6                                        /s/ *Denise Bourgeois Haley*

7                              BY:_____
                                   Denise Bourgeois Haley
8                                  Attorney for plaintiff Juan Tovar DeLeon

9    DATED: August 19, 2010         BENJAMIN B. WAGNER
                                    United States Attorney
10

11

12                                   _____*/s/ A.D.R.*_____
                                     Armand D. Roth
13                                   Special Assistant United States Attorney
                                     Attorneys for Defendant Michael J. Astrue,
14                                   Commissioner of Social Security
                                     (Per e-mail authorization on 08/19/2010)
15

16

17

18

19

20

21

22

23

24

25

26

                                          -2-

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JUAN TOVAR DELEON, | ) Case No.: 1:10-cv-116 SKO |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **August 25, 2010**          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE